IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JACOB K. CAMPBELL**                                                                                           **PLAINTIFF**
**#25174**

v.                                          No. 3:23-cv-00035-LPR

**KEVIN MOLDER, Sheriff,**
**Poinsett County, Arkansas**                                                                               **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Edie R. Ervin.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the record in this case, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

Accordingly, Mr. Campbell's § 2254 petition for a writ of habeas corpus (Doc. 1) is DISMISSED without prejudice. The Court denies a certificate of appealability.

IT IS SO ORDERED this 9th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 7.